# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Damaso Lopez-Serrano<br>a/k/a<br>"El Mini Licenciado," "Mini Lic," "Dani," "Jose Daniel Lopez Hernandez," and "Damaso Lopez Jr."<br>*Defendant(s)* | Case No. 1:24-MJ-496<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2024 to present** in the city/county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21, United States Code, Sections 841 and 846 | Conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, known as fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA James L. Trump
*Printed name and title*

*Complainant's signature*

FBI Special Agent Joseluis Felipe Ayala
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 12/13/2024

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.12.13 13:15:59 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*