UNITED STATES DISTRICT COURT  **FILED**
FOR THE EASTERN DISTRICT OF VIRGINIA
~~Richmond~~ Division
Alexandria

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL  2024 DEC 17 P 12: 27 |
| | * | |
| v. | * | No. 1:24-mj-496 |
| | * | |
| DAMASO LOPEZ SERRANO | * | |
| | * | |

## NOTICE OF ENTRY OF APPEARANCE

Attorney Edward J. Ungvarsky respectfully notices his appearance as local counsel, retained, for the defendant, Damaso Lopez Serrano, in the above-captioned matter. Counsel is submitting a pro hac vice application for Attorney Matthew Lombard together with this Notice.

Respectfully Submitted,

Date: Dec. 17, 2024

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky, # 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Tel: 571-207-9710
Cell: 202-409-2084
Fax: 571-777-9933
ed@ungvarskylaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 17h day of October, 2023, I emailed a copy of this Notice to AUSA Jim Trump at Jim.Trump@usdoj.gov. Another copy was hand-delivered to the USAO.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky

1